# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>BRAMLETTE, DAVID C. | **2. Court or Organization**<br><br>U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | **3. Date of Report**<br><br>08/12/2019 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>ARTICLE III SENIOR STATUS | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

POST OFFICE BOX 928
NATCHEZ, MS 39121

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. | MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. | BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | BOARD OF TRUSTEES | WILDLIFE MISSISSIPPI |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 08/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Home Bank | Real Estate Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | B | Dividend | K | T | | | | | |
| 6. CSX | B | Dividend | M | T | | | | | |
| 7. Highland Corp. | D | Distribution | K | T | | | | | |
| 8. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 9. Charles Schwab Investment Account: | | | | | | | | | |
| 10. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 11. -Cash and Equivalents: | | | | | | | | | |
| 12. -Treasury Money Fund | B | Interest | M | T | | | | | |
| 13. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 14. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 15. - Mutual Funds | | | | | | | | | |
| 16. TS&W Equity Portfolio | G | Dividend | O | T | | | | | |
| 17. Transamerica Int'l Equity TS&W | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Transamerica Int'l SM CAP | A | Dividend | L | T | | | | | |
| 19. Vanguard Short Term Investment Grade Fund Admiral | A | Dividend | L | T | Buy | | L | | |
| 20. -Municipal Bonds | | | | | | | | | |
| 21. -MS Dev. 3.75% Due 6/01/19 | A | Interest | K | T | | | | | |
| 22. -New Albany MS Schl 4% 18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 23. Oxford MS Sch Dist 4% Due 4/1/21 | B | Interest | K | T | | | | | |
| 24. Desoto Cnty. Miss. 3.75% 23 GO UTX Due 11/1/23 | A | Interest | J | T | | | | | |
| 25. Lauderdale Cnty MIS 2% 19 Due 4/1/19 | A | Interest | K | T | | | | | |
| 26. MS ST 5% 22 GO Due 11/1/22 | A | Interest | K | T | | | | | |
| 27. SM EDL BLDG CORP 3% 18 Due 3/1/18 | A | Interest | K | T | | | | | |
| 28. Miss ST UNIV 3.22% EDUC IMPT Due 8/1/22 | A | Interest | K | T | | | | | |
| 29. City of Vicksburg 3.18% DB UTX 9/1/18 | A | Interest | K | T | | | | | |
| 30. West Rankin Miss UT 3.20% UTIL Due 12/1/20 | A | Interest | K | T | | | | | |
| 31. Entergy ARKAN | D | Dividend | J | T | | | | | |
| 32. PROPERTY #1 | | | | | | | | | |
| 33. 1/4 int. in 2050 ac., Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 34. PROPERTY #2: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1/20 int. Adams Co., MS 8/86 - $23,000 | C | Distribution | K | R | | | | | |
| 36. Addt'l. 1/7 x1/18th int. in Adams Co. MS 10/22/13 - $31,452, 14 | A | Distribution | K | R | | | | | |
| 37. PROPERTY #3: | | | | | | | | | |
| 38. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 39. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 40. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 41. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 42. -Additional acres Adams County, MS $292,809-Kedron | | None | N | R | | | | | |
| 43. PROPERTY #4: | | | | | | | | | |
| 44. Wilkinson County, MS - 10/87 - $60,000 | | Rent | M | R | | | | | |
| 45. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 46. PROPERTY #5: | | | | | | | | | |
| 47. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 48. PROPERTY #6: | | | | | | | | | |
| 49. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 50. PROPERTY #7: | | | | | | | | | |
| 51. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. PROPERTY #8: | | | | | | | | | |
| 53. Commericial Row Woodville, MS - 1984 - $12,000 | C | Rent | J | R | | | | | |
| 54. PROPERTY #9: | | | | | | | | | |
| 55. Partnership int. Valley Farm, MS - 1980 - $200,000 | D | Distribution | M | R | | | | | |
| 56. PROPERTY #10: | | | | | | | | | |
| 57. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 58. PROPERTY #11: | | | | | | | | | |
| 59. 1/4 int. Wilkinson County, MS - 1984 - $18,000 - Mineral Lease | | None | K | R | | | | | |
| 60. PROPERTY #12: | | | | | | | | | |
| 61. 25 acres Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 62. PROPERTY #13: | | | | | | | | | |
| 63. Noxubee Co., MS - 1983 - $30,000 | D | Distribution | M | R | | | | | |
| 64. PROPERTY #14: | | | | | | | | | |
| 65. 287 acres, Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 66. PROPERTY #15: | | | | | | | | | |
| 67. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 68. PROPERTY #17: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 70. -Additional int. Wilkinson County, MS - Inherited from the Estate of | C | Distribution | N | R | | | | | |
| 71. Nolan McCraine in October 2008; Value at time of inheritance was | | | | | | | | | |
| 72. $75,000 | | | | | | | | | |
| 73. OG&M #1: | | | | | | | | | |
| 74. Non-producing OG&M in following counties: | | | | | | | | | |
| 75. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 76. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 77. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 78. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 79. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 80. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 81. OG&M #2: | | | | | | | | | |
| 82. Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 83. OG&M #3: | | | | | | | | | |
| 84. Non producing minerals Jefferson County, MS | | None | J | W | | | | | |
| 85. OG&M #4: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Producing minerals Wilkinson County, MS - Plains Marketing | D | Royalty | J | W | | | | | |
| 87. OG&M #5: | | | | | | | | | |
| 88. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 89. OG&M #6: | | | | | | | | | |
| 90. Non producing minerals Amite Co., MS | | None | J | W | | | | | |
| 91. OG&M #7: | | | | | | | | | |
| 92. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 93. OG&M #8: | | | | | | | | | |
| 94. Non producing minerals ANCOA-Parker 1-3 & SCBR1 | | None | J | W | | | | | |
| 95. OG&M #9: | | | | | | | | | |
| 96. Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 97. OG&M #10: | | | | | | | | | |
| 98. Non Producing minerals Wilkinson Co., MS | | None | J | W | | | | | |
| 99. OG&M #11: | | | | | | | | | |
| 100. Non producing minerals Ogden Unit Wells 2, 3 & 4 | | None | K | W | | | | | |
| 101. OG&M #12: | | | | | | | | | |
| 102. Non producing minerals -Freedom Field Wilkinson County, MS | | None | J | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  OG&M #13: | | | | | | | | | |
| 104.  Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 105.  PROPERTY #18: | | | | | | | | | |
| 106.  Undivided 30 net acres int. in Wilkinson County, MS | | None | J | W | | | | | |
| 107.  OG&M #14: | | | | | | | | | |
| 108.  Non producing minerals Oxy-Well, Wilkinson County, MS | | None | J | W | | | | | |
| 109.  PROPERTY #20: | | | | | | | | | |
| 110.  3,171.31 acres in Wilkinson County, MS - 9/94 - $1,600,00 | D | Rent | P1 | R | | | | | |
| 111.  PROPERTY #21: | | | | | | | | | |
| 112.  Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 113.  - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 114.  50% int. in Geoghegan Properties, LP | F | Dividend | O | T | | | | | |
| 115.  50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 116.  Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 117.  Interest in Hard Times, Inc. | F | Distribution | M | T | | | | | |
| 118.  PROPERTY #22: | | | | | | | | | |
| 119.  2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | E | None | M | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Additional 1/15th interest in Section 13, T3N, R4W, | A | None | M | R | Buy | 10/10/18 | M | A | John Stone Campbell, III |
| 121. Wilkinson County, MS; $140,000.00 | | | | | | | | | |
| 122. PROPERTY #23: | | | | | | | | | |
| 123. 360 acres Wilkinson County, MS - 11/98 and 3/01 - $300,000 | G | Royalty | N | R | | | | | |
| 124. PROPERTY #24: | | | | | | | | | |
| 125. 1/4 int. in 70 acres, Adams County, MS - 1970 - $5,000 (Russell Tract) | A | Rent | J | R | Sold | 10/01/18 | L | F | Jackson Point Timber Co. |
| 126. PROPERTY #25: | | | | | | | | | |
| 127. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 128. PROPERTY #26: | | | | | | | | | |
| 129. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 130. PROPERTY #27: | | | | | | | | | |
| 131. 67 acres in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 132. PROPERTY #28: | | | | | | | | | |
| 133. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 134. PROPERTY #29: | | | | | | | | | |
| 135. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 136. -Addt'l 1/10th int. Wilkinson County, MS-4/16/13-$30,000 | | None | K | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Add'l 1/8th. int., Wilkinson County, MS-3/7/18-$56,000 | A | None | L | R | Buy | 03/07/18 | L | A | Jimmy Gammill |
| 138. -Add'l 1/8th. int., Wilkinson County, MS-3/7/18-$56,000 | A | None | L | R | Buy | 03/07/18 | L | A | John Stone Campbell, III |
| 139. PROPERTY #30: | | | | | | | | | |
| 140. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 141. National Financial Services, LLC (IRA) | C | Interest | K | T | | | | | |
| 142. Home Bank CD (Money Market) | A | Interest | K | T | | | | | |
| 143. United MS Bank CD | A | Interest | M | T | | | | | |
| 144. OG&M #16: | | | | | | | | | |
| 145. Non Producing minerals Alex Ventress - Wilkinson County, MS | | None | J | W | | | | | |
| 146. PROPERTY #31: | | | | | | | | | |
| 147. 1/3 int. in 551 acres Wilkinson County, MS - 2005 - $250,000 | | None | N | R | Sold | 6/12/07 | O | G | Bary Bellue |
| 148. Exxon Mobil | B | Dividend | K | T | | | | | |
| 149. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 150. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 151. MERRILL LYNCH New Investment Acct. Stocks and Funds | | | | | | | | | |
| 152. -Bank of America Cash Account | A | Interest | J | T | | | | | |
| 153. -Chevron (Acq. 2/2/06) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Ready Assets Fund | A | Dividend | K | T | | | | | |
| 155. -American Washington Mutual Inv. Fund | B | Dividend | L | T | | | | | |
| 156. -Lockheed Martin Corp. (Acq. 3/16/16) | A | Dividend | J | T | | | | | |
| 157. -Pfizer Inc. (Acq. 3/1/16) | A | Dividend | J | T | Sold | 03/22/18 | J | C | David Bramlette |
| 158. -Procter & Gamble (Acq. 3/16/16) | A | Dividend | J | T | | | | | |
| 159. -Intel Corp. (Acq. 9/16/16) | A | Dividend | J | T | | | | | |
| 160. -Eli Lilly & Co. (Acq. 11/23/16) | A | Dividend | K | T | | | | | |
| 161. -U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 162. -Blackrock Eqty Dividend (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 163. -Clearbride Large Cap (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 164. -Delaware Small Cap Core (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 165. -Edgewood Growth Fund CL (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 166. -Ishares Russell 1000-IWD (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 167. -Ishares Russell 1000-IWF- (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 168. -Ishares U.S. Treasry Bond (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 169. -Ishares TR Core MSCI | A | Dividend | J | T | Buy | 9/28/17 | J | A | David Bramlette |
| 170. -Lazard Emerging Mkts (Acq. 8/1/17) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -MFS Value FD CL 1 (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 172.  -Oppenheimer Int'l. (Acq. 8/1/17) | | Dividend | J | T | | | | | |
| 173.  -SPDR Blmbrg Brcly (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 174.  -TCW Total Return (Acq. 8/1/17) | A | Dividend | J | U | | | | | |
| 175.  -The Oakmark Int'l Fund (Acq. 8/1/17) | A | Dividend | J | T | | | | | |
| 176.  -Vanguard Intrmdiate-Term-VCIT (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 177.  -Vanguard Intrmdiate-Term-VGSH (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 178.  -Vanguard Intrmdiate-Term-BNDX (Acq. 8/3/17) | A | Dividend | J | T | | | | | |
| 179.  -Vanguard-Short Term Treasury | A | None | J | T | Buy | 01/22/18 | J | | David Bramlette |
| 180.  -U. S. Treasury Bond ETF | A | None | J | T | Buy | 01/22/18 | J | | David Bramlette |
| 181.  -Vanguard Corporate Bond | A | Dividend | J | T | Buy | 06/21/18 | J | | David Bramlette |
| 182.  -Vanguard Treasury ETF | A | Dividend | J | T | Buy | 06/21/18 | J | | David Bramlette |
| 183.  -T Rowe Price Equity | A | Dividend | J | T | Buy | 09/28/17 | J | A | David Bramlette |
| 184.  PROPERTY #32: | | | | | | | | | |
| 185.  Interest in house Woodville, MS - 2010 - $14,600 | | None | J | R | | | | | |
| 186.  PROPERTY #33: | | | | | | | | | |
| 187.  1/3 int. 800 acres in Phillips County, AK 12/5/07 - $300,000 | D | None | N | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. OG&M #17: | | | | | | | | | |
| 189. Home Bank CD | A | Interest | M | T | | | | | |
| 190. PROPERTY #34: | | | | | | | | | |
| 191. 22% in 1700 acres, Wilkinson County, MS<br>10/6/10 - $509,125 | D | None | O | R | | | | | |
| 192. OG&M #18: | | | | | | | | | |
| 193. Minerals Wilkinson, Jefferson County,MS<br>Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 194. PROPERTY #35 | | | | | | | | | |
| 195. 1/3 int. in Ptnship-Wilk. Co.,MS-2/3/10-<br>$746,053-SP, LLC-Alligator Bay | E | None | O | R | | | | | |
| 196. OG&M #19: | | | | | | | | | |
| 197. 1/3 mineral interest in partnerhip Fort<br>Adams, MS | | None | J | W | | | | | |
| 198. New Retirement Account: | | | | | | | | | |
| 199. Corporate Bonds: | | | | | | | | | |
| 200. - Royal Bk Scotlnd GRP LLC | A | Dividend | J | T | | | | | |
| 201. Mutual Bonds: | | | | | | | | | |
| 202. -American Washington Mutual | A | Interest | K | T | | | | | |
| 203. -Transamerica Asset | A | Interest | K | T | | | | | |
| 204. PROPERTY #36 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. OG&M #20: | | | | | | | | | |
| 206. 1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |
| 207. Investment Account #1 Home Bank | B | Interest | M | T | | | | | |
| 208. Investment Account #2 United MS Bank | B | Interest | M | T | | | | | |
| 209. OG&M #21: | | | | | | | | | |
| 210. Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 211. PROPERTY #37: | | | | | | | | | |
| 212. Inherited 1/3 int. in property in Wilkinson County, MS - | | | | | | | | | |
| 213. 2008 - $106,000 | E | Royalty | K | W | | | | | |
| 214. Real Estate Investment Trust: | | | | | | | | | |
| 215. National Securities Corp. | A | Dividend | J | T | Sold | 04/07/17 | K | | |
| 216. PROPERTY #38: | | | | | | | | | |
| 217. Exchanged Prop# 19 for property in Wilkinson Co. MS (373 Acres) | | None | O | R | | | | | |
| 218. PROPERTY #39: | | | | | | | | | |
| 219. 1/3 int. in partnership, Franklin County, MS (Seven Pines) | G | Distribution | N | R | | | | | |
| 220. PROPERTY #40 | | | | | | | | | |
| 221. Stamps Land Co., LLC-1/3 of 46% int. in 2,437 acres in Wilkinson Co., | | | O | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. OG&M #22: | | | | | | | | | |
| 223. Producing Minerals in Wilkinson Co., MS (HKTMS, LLC)-$36,000 | E | Royalty | K | W | | | | | |
| 224. OG&M #23: | | | | | | | | | |
| 225. SN Operating | C | Royalty | K | W | | | | | |
| 226. OG&M #24: | | | | | | | | | |
| 227. Sanchez | C | Royalty | K | W | | | | | |
| 228. Propery #41: | | | | | | | | | |
| 229. 38.13 mineral acres; Wilkinson Co., MS; 12/20/18; Less than $25,000 | E | Royalty | L | W | Buy | 12/20/18 | K | E | A. V. Davis/Conner House |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 08/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID C. BRAMLETTE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544